UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| JHONATHAN RAFAEL RODRIGUEZ GODOY, <br> *Petitioner* <br><br> v. <br><br> U.S. DEPARTMENT OF HOMELAND SECURITY (DHS), SECRETARY KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; U.S.ATTORNEY GENERAL PAMELA JO BONDI, DIRECTOR MIGUEL VERGARA, SAN ANTONIO FIELD OFFICE DIRECTOR, ICE ENFORCEMENT AND REMOVAL OPERATIONS DIVISION (ICE ERO), SAN ANTONIO ICE ERO FIELD OFFICE DIRECTOR; AND WARDEN OR EQUIVALENT WARDEN KARNES COUNTY IMMIGRATION PROCESSING CENTER, <br> *Respondents* | § § § § § § § § § § § § § § § § § § § Case No.  SA-26-CA-00440-XR |

## SERVICE ORDER

Before the Court is the 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus filed by Petitioner Jhonathan Rafael Rodriguez Godoy (A# 246-037-814), who is currently detained in the Karnes County Immigrant Processing Center in Karnes City, Texas, located in the Western District of Texas. ECF No. 1 at 4.

It is hereby **ORDERED** that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process on Respondents:

1. Pamela Jo Bondi, U.S. Attorney General;

2. Kristi Lynn Noem, Secretary of Homeland Security;

3. Miguel Vergara, Director of the San Antonio Field Office of U.S. Immigration and Customs Enforcement; and

4. U.S. Department of Homeland Security.

*See* FED. R. CIV. P. 4(i). Service should be directed to

Stephanie Rico
Civil Process Clerk
U.S. Attorney's Office for the Western District of Texas,
601 N.W. Loop 410, Suite 600
San Antonio, Texas 78216

It is **FURTHER ORDERED** that the Clerk of Court shall serve Warden, Karnes County Immigrant Processing Center with copies of the Petition for Writ of Habeas Corpus (ECF No. 1) and this Order. Delivery by certified mail return receipt requested of those same documents shall constitute sufficient service of process. Service should be directed to

Warden
Karnes County Immigrant Processing Center
409 FM 1144
Karnes City, TX 78118

It is **FURTHER ORDERED** that Respondents shall file a response to the Petition **within five (5) days** of the date of service.

It is **FURTHER ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than seven days after the Respondents file their answers/responses.

It is so **ORDERED**.

**SIGNED** this 27th day of January, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE