**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

JHONATHAN  RAFAEL  RODRIGUEZ  §
GODOY,                                            §
*Petitioner*                                        §
                                                       §    Case No.  SA-26-CV-00440-XR
v.                                                    §
                                                       §
U.S.  DEPARTMENT  OF  HOMELAND  §
SECURITY (DHS), et al.,                       §
*Respondents*                                    §

**ORDER**

Public records suggest that Petitioner may no longer be detained. *See ICE Online Detainee Locator System*, U.S. Immig. & Customs Enf., https://locator.ice.gov/odls/#/search (last visited June 30, 2026) (listing no detention location for Petitioner). This Petition may therefore be moot. *See Nieto-Ramirez v. Holder*, 583 F. App'x 330, 332 (5th Cir. 2014) (unpublished) ("Nieto–Ramirez is no longer being detained by ICE. As a result, even if her claim had merit, this court could not effect the bond hearing that she seeks.").

The Federal Respondents are **ORDERED** to advise the Court no later than **July 6, 2026**, whether Petitioner remains detained.

It is so **ORDERED**.

**SIGNED** this June 30, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1