UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

JHONATHAN RAFAEL RODRIGUEZ §
GODOY, §
*Petitioner* §
§
§    Case No. SA-26-CV-00440-XR
v. §
§
§
U.S. DEPARTMENT OF HOMELAND §
SECURITY (DHS), et al., §
*Respondents*

**ORDER**

On this date, the Court considered this Petition for a Writ of Habeas Corpus (ECF No. 1).

Petitioner brought this action challenging the legality of his immigration detention. *See* ECF No.

1. He has since been removed from the country. ECF No. 15.

Petitioner is no longer detained, so the Court lacks jurisdiction to proceed. *See Ortez v.*

*Chandler*, 845 F.2d 573, 575 (5th Cir. 1988) ("[T]he habeas relief [Petitioner] requests . . . can no

longer be effected. No 'case or controversy' remains . . . ."); *Nieto-Ramirez v. Holder*, 583 F.

App'x 330, 332 (5th Cir. 2014) ("Nieto–Ramirez is no longer being detained by ICE. As a result,

even if her claim had merit, this court could not effect the bond hearing that she seeks.").

The Petition (ECF No. 1) is **DENIED AS MOOT**.

A final judgment will issue separately.

It is so **ORDERED**.

**SIGNED** this July 7, 2026.

_____
XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

1